IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Slaughter, Cynthia B

Printed: 3/25/08

Case Number: 04 B 31292
Judge: Hollis, Pamela S
Filed: 8/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 1, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,673.00 |  |
| Secured: |  | 4,641.59 |
| Unsecured: |  | 3,256.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 592.17 |
| Other Funds: |  | 1,288.78 |
| Totals: | 12,673.00 | 12,673.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Balaban Furniture Ltd | Secured | 1,885.64 | 1,885.64 |
| 4. | Mortgage Electronic Registration Sys | Secured | 13,645.91 | 2,755.95 |
| 5. | SBC | Unsecured | 35.57 | 355.72 |
| 6. | Aspire Visa | Unsecured | 36.86 | 368.58 |
| 7. | Balaban Furniture Ltd | Unsecured | 253.22 | 2,532.16 |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | City Of Chicago | Unsecured |  | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,751.20 | $ 10,792.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 101.98 |
| 4% | 24.97 |
| 3% | 21.47 |
| 5.5% | 166.00 |
| 5% | 56.39 |
| 4.8% | 99.22 |
| 5.4% | 122.14 |
| | _____ |
| | $ 592.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Slaughter, Cynthia B | Case Number:  04 B 31292 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/25/08 | Filed:  8/23/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

